**Order entered January 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01102-CV

**CONTINENTAL INTERMODAL GROUP- SOUTH TEXAS, L.L.C., JONATHAN GREEN AND CONTINENTAL INTERMODAL GROUP G.P., L.L.C., Appellants**

**V.**

**ELOY P. GARCIA AND BALCONES MUSTER, INC., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07993**

## ORDER

On December 13, 2016, at the request of court reporter Antionette Reagor, we extended the deadline to file the reporter's record to January 12, 2017. As of this date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Reagor to file the record no later than January 30, 2017. We expressly **CAUTION** Ms. Reagor that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Martin Hoffman
Presiding Judge
68th Judicial District Court

Antoinette Reagor
Official Court Reporter
68th Judicial District Court

All parties.

                                  /s/       ELIZABETH LANG-MIERS
                                            JUSTICE